NOT FOR PUBLICATION                                          (Document Nos. 21, 27)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| IRWIN E. HARRISON, and ILENE HARRISON | : | |
|  | : | Civil No. 12-6683 (RBK/KMW) |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| TRUMP PLAZA HOTEL & CASIONO, and TRUMP PLAZA ASSOCIATES, and FIREWATERS, and ADAM GOOD, LLC, and HOOT OWL RESTAURANTS, LLC, et al. | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

This matter having come before the Court upon Plaintiffs' motion for a default judgment (Doc. No. 21), and Defendants' motion for an extension of time to answer, move, or otherwise respond to Plaintiffs' Amended Complaint (Doc. No. 27), and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion for extension of time to file is **GRANTED**.  Defendants shall submit a responsive pleading to Plaintiff's Amended Complaint

by May 8, 2013.  **IT IS HEREBY FURTHER ORDERED** that Plaintiff's motion for default judgment is **DENIED**.

Dated:   4/23/13                                        /s/ Robert B. Kugler
                                                                                              ROBERT B. KUGLER
                                                                                              United States District Judge

Case 1:12-cv-06683-RBK-KMW   Document 29   Filed 04/23/13   Page 2 of 2 PageID: 149